UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| SPRINGUARD TECHNOLOGY ) | |
| GROUP INC., ) | |
| ) | |
| Plaintiff, ) | **ORAL ARGUMENT REQUESTED** |
| ) | |
| v. ) | Case No. 08-cv-12119-RWZ |
| ) | |
| UNITED STATES PATENT AND ) | |
| TRADEMARK OFFICE; and JOHN J. ) | |
| DOLL, in his official capacity as Acting ) | |
| Director of the United States Patent and ) | |
| Trademark Office, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Plaintiff SprinGuard Technology Group Inc. ("SprinGuard") hereby moves for summary judgment on Count I of its complaint, seeking relief under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701 *et seq.* The grounds for this motion are set forth in the accompanying memorandum of law and supporting exhibits. As set forth in that memorandum, summary judgment should be granted because the denial of SprinGuard's petition to reinstate U.S. Patent No. 5,862,529 ("the '529 patent") by the Patent and Trademark Office ("PTO") was arbitrary, capricious, an abuse of discretion, or otherwise contrary to law under 5 U.S.C. § 706(2).

Accordingly, SprinGuard respectfully requests that the Court grant its Cross-Motion for Summary Judgment and:

(i) Issue a declaratory judgment that the PTO's denial of SprinGuard's petition to reinstate the '529 patent was arbitrary, capricious, an abuse of discretion, or otherwise contrary to law; and

(ii) Enter an order requiring the PTO immediately to withdraw its denial of SprinGuard's petition, accept SprinGuard's payment of maintenance fees, and reinstate the '529 patent.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), SprinGuard respectfully requests that the Court grant a hearing on its Cross-Motion for Summary Judgment.

Date:  June 12, 2009

Respectfully submitted,

/s/ Donald R. Steinberg
Donald R. Steinberg (BBO #553699)
Donna M. Meuth (BBO #645598)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (fax)

Brian M. Boynton (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
(202) 663-6363 (fax)

*Attorneys for Plaintiff*
*SprinGuard Technology Group Inc.*

-3-

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

      I, Donald R. Steinberg, hereby certify pursuant to Local Rule 7.1(a)(2) that counsel for SprinGuard have conferred with counsel for defendants and attempted in good faith to resolve or narrow the issues raised in this motion but have been unable to do so.

                                        <u>/s/ Donald R. Steinberg</u>
                                        Donald R. Steinberg

**CERTIFICATE OF SERVICE**

    I, Donald R. Steinberg, hereby certify that on this 12th day of June, 2009, this document, filed through the ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing.

<u>/s/ Donald R. Steinberg</u>
Donald R. Steinberg