UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SPRINGUARD TECHNOLOGY
            Plaintiff

V.

U.S. PATENT AND TRADEMARK OFFICE ET AL
            Defendants

CIVIL ACTION

NO.  08CV12119-RWZ

JUDGMENT

ZOBEL, D. J.

In accordance with the ORDER dated 1/21/10; Judgment is entered for plaintiff.

By the Court,

1/21/10
Date

s/ Lisa A. Urso
Deputy Clerk